```
             UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CIVIL ACTION |
| v. | NO. 1:10-CR-285-2-CAP-ECS |
| JORGE LUIS ARCIGA-SAUCEDO, | |
| Defendant. | |

**O R D E R**

This matter is currently before the court on the May 13, 2011, Report and Recommendation of the Magistrate Judge ("the R&R") [Doc. No. 57]. The court notes that the defendant has filed no objections to the R&R. After carefully considering the R&R [Doc. No. 57], the court receives it with approval and ADOPTS it as the opinion and order of this court.

SO ORDERED, this 27th day of June, 2011.

/s/Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge